IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JOSEPH DUANE KEUTER, III,        )
        )
        Plaintiff,        )
        )
        v.        )        CV 325-109
        )
SIM DAVIDSON; AMY ROYAL; TIM        )
VAUGHN; BRIANNA STANLEY; TERRY        )
MOON; C. MICHAEL JOHNSON; ZACH        )
ROTHWELL; UNKNOWN GEORGIA DOC        )
OFFICERS; UNKNOWN TELFAIR        )
COUNTY JAIL OFFICERS; ANTHONY        )
WHITE; MS. SHAW; UNKNOWN COFFEE        )
COUNTY JAIL OFFICERS; UNKNOWN        )
TELFAIR COUNTY SHERIFF DEPUTIES;        )
TELFAIR COUNTY, GEORGIA;        )
UNKNOWN GEORGIA DEPARTMENT        )
OF CORRECTIONS INVESTIGATOR #1;        )
and UNKNOWN GEORGIA        )
DEPARTMENT OF CORRECTIONS        )
INVESTIGATOR #2,        )
        )
        Defendants.        )

_____

**O R D E R**

_____

Objections to this Report and Recommendation must be filed by no later than March 27, 2026, must specify each proposed finding of fact and conclusion of law to which objection is made, must state the bases for each such objection, and must be served upon all parties. Failure to file objections by this deadline may result in this Report and Recommendation becoming the opinion and order of the Court. Devine v. Prison Health Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*). Failure to object to any proposed finding of

fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion.  11th Cir. R. 3-1.  The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on March 30, 2026.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned.   A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment.

SO ORDERED this 10th day of March, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2