IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JOSEPH DUANE KEUTER, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-109 |
| | ) | |
| SIM DAVIDSON; AMY ROYAL; TIM | ) | |
| VAUGHN; BRIANNA STANLEY; TERRY | ) | |
| MOON; C. MICHAEL JOHNSON; ZACH | ) | |
| ROTHWELL; UNKNOWN GEORGIA DOC | ) | |
| OFFICERS; UNKNOWN TELFAIR | ) | |
| COUNTY JAIL OFFICERS; ANTHONY | ) | |
| WHITE; MS. SHAW; UNKNOWN COFFEE | ) | |
| COUNTY JAIL OFFICERS; UNKNOWN | ) | |
| TELFAIR COUNTY SHERIFF DEPUTIES; | ) | |
| TELFAIR COUNTY, GEORGIA; | ) | |
| UNKNOWN GEORGIA DEPARTMENT | ) | |
| OF CORRECTIONS INVESTIGATOR #1; | ) | |
| and UNKNOWN GEORGIA | ) | |
| DEPARTMENT OF CORRECTIONS | ) | |
| INVESTIGATOR #2, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this _14th_ day of May, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE